## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DION EDWARD RIDDLE, #288058,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 22-0077-JB-N |
| **MARY COOK,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), Defendant former-Warden Mary Cook be and is hereby **DISMISSED** with prejudice from this action because the claims against her are frivolous.

**DONE and ORDERED** this 3rd day of January, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE